

# Fourth Court of Appeals
## San Antonio, Texas

March 19, 2014

No. 04-14-00175-CV

**IN THE INTEREST OF A.J.P.,** A Child,

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-02469
Honorable Janet P. Littlejohn, Judge Presiding

# O R D E R

On February 14, 2014, the trial court signed an order in cause number 2012-PA-02469 that terminated Appellant's parental rights to A.J.P. No motion for new trial was filed. A notice of appeal was due on March 6, 2014. *See* TEX. R. APP. P. 26.1(b). A motion for extension of time to file a late notice of appeal is due on March 21, 2014. *See id.* R. 26.3; *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997).

On March 14, 2014, Appellant filed a motion for extension of time to file (1) a notice of appeal, (2) requests for the records, and (3) a docketing statement. *See* TEX. R. APP. P. 10.5(b).

Appellant's motion for extension of time to file the notice of appeal, records requests, and docketing statement is GRANTED; the notice of appeal is deemed timely filed. *See id.* R. 26.3; *Verburgt*, 959 S.W.2d at 617.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of March, 2014.

_____
Keith E. Hottle
Clerk of Court